UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-06461 |
|---|---|---|
| Anna Ihana | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER AMENDING PLAN

This cause coming to be heard on the confirmation of the Debtor's Chapter 13 Plan, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Special Terms of Debtor's plan is amended to include the following additional language:

The Debtor and creditor Federal National Mortgage Association agree that the confirmation of this plan shall not waive any post-petition, pre-confirmation grounds for relief from the automatic stay.

Enter:

Dated: 26 APR 2018

United States Bankruptcy Judge

**Prepared by:**
Anna E. Rinehart
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

Rev: 20151029_bko