**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
| | : |
| **Anna Ihana** | : Case No.: 18-06461 |
| | : Chapter 13 |
| **Debtor.** | : Judge Timothy A. Barnes |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

**NOTICE OF WITHDRAWAL OF NOTICE OF PAYMENT CHANGE**
**(Under Claim NO. 10)**

Now comes Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") by and through counsel, and hereby withdraws its Notice of Payment Change which was filed in this Court on May 9, 2019.

                                                        Respectfully submitted,

                                                        /s/ Umair Malik

                                                        Todd J. Ruchman (6271827)
                                                        Keith Levy (6279243)
                                                        Sarah E. Barngrover (28840-64)
                                                        Adam B. Hall (0088234)
                                                        Edward H. Cahill (0088985)
                                                        Umair M. Malik (6304888)
                                                        Manley Deas Kochalski LLC
                                                        P.O. Box 165028
                                                        Columbus OH  43216-5028
                                                        Telephone: 614-220-5611
                                                        Fax: 614-627-8181
                                                        Attorneys for Movant
                                                        The case attorney for this file is Todd J. Ruchman.
                                                        Contact email is tjruchman@manleydeas.com

19-011423_SJW

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Notice of Payment Change was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL  60604, courtdocs@chi13.com

David H Cutler, Attorney for Anna Ihana, 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 17, 2019:

Anna Ihana, 6110 N Springfield Ave., Chicago, IL  60659

Anna Ihana, 6281 N Cicero Ave Unit A1, Chicago, IL 60646

/s/ Umair Malik

19-011423_SJW